UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Tyrone Hurt,

    Plaintiff,

        v.                              Case No.   1:14cv428

Charles Koch, *et al.*,                    Judge Michael R. Barrett

    Defendants.

## ORDER

    This matter is before the Court on the Report and Recommendation filed by the Magistrate Judge on May 28, 2014 (Doc. 2).

    Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation (Doc. 2) in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's Report and Recommendation (Doc. 2) have been filed.

    Accordingly, it is **ORDERED** that the Report and Recommendation (Doc. 2) of the Magistrate Judge is hereby **ADOPTED.** The Plaintiff's Complaint (Doc. 1) is **DISMISSED** pursuant to 28 U.S.C. §1915(e)(2)(b). Plaintiff Tyrone Hurt is declared to be a harassing and vexatious litigator, and is **ENJOINED AND PROHIBITED** from filing any additional complaints in the Southern District of Ohio which have not first been certified as non-frivolous by an attorney in good standing in this Court or the jurisdiction in which he or she is admitted, and which are accompanied by payment of the full filing fee. The Clerk of Court is specifically **DIRECTED** not to accept any such pleadings from

Plaintiff absent compliance with the above restrictions, and is instructed to dispose of such documents accordingly and to file a copy of this order in cases 1:14cv436 and 1:14cv437.

Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an appeal of this Order adopting the Report and Recommendation would not be taken in good faith, and therefore, denies Plaintiff leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

                                              *s/Michael R. Barrett*
                                              Michael R. Barrett
                                              United States District Judge